## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GARY J. MITCHELL,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | Civil Action No. 1:24-cv-01527-SCJ-CCB |

## NOTICE OF SETTLEMENT

COME NOW, Defendant Equifax Information Services, LLC ("Equifax"), and hereby notifies the Court that the Plaintiff Gary J. Mitchell and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Equifax requests that the Court vacate all pending deadlines in this matter. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

2

DATED:  July 15, 2024

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Eric Barton*
    Eric Barton, GA Bar No. 040704
    ebarton@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E. Suite 2500
    Atlanta, Georgia  30309-3958
    Telephone:  (404) 885-1500
    Facsimile:  (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2024, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system and have served a true and correct copy of same upon Plaintiff via U.S. Mail, with proper postage affixed and addressed as follows:

Gary J. Mitchell
1647 Watersprings Way
Dacula, GA 30019

*/s/ Eric Barton*
Eric Barton
*Counsel for Defendant*
*Equifax Information Services LLC*